# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

**NICOLE WATTS,**

    **Plaintiff,**

**v.**                                                                          **Case No. 4:21-cv-170-AW-MAF**

**MELINDA N. COONROD, et al.,**

    **Defendants.**

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

I have considered the magistrate judge's June 4 report and recommendation. ECF No. 6. I have also considered de novo the issues raised in Watts's objections. ECF No. 7.

I have determined the report and recommendation should be adopted, and it is adopted and incorporated into this order. The clerk will enter a judgment that says, "This action is dismissed pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii)." The clerk will then close the file.

SO ORDERED on June 23, 2021.

                                                     s/ *Allen Winsor*
                                                     United States District Judge